IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02872-WJM-MJW

MASTERTECH SERVICES, INC., a Colorado corporation,

Plaintiff(s),

v.

NAES CORPORATION, a Washington corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Protective Order Concerning Confidential Information and Qualified Protective Order Pursuant to 45 C.F.R. § 164.512(e) (docket no. 21) is GRANTED finding good cause shown.  The written Stipulated Qualified Protective Order Pursuant to 45 C.F.R. § 164.512(e) (docket no. 21-1) is APPROVED as amended in paragraph 22 and made an Order of Court.  The Stipulated Protective Order Concerning Confidential Information (docket no. 21-2) is APPROVED as amended in paragraph 27 and made an Order of Court.

Date: January 7, 2013