IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02872-WJM-MJW

MASTERTECH SERVICES, INC., a Colorado corporation,

Plaintiff(s),

v.

NAES CORPORATION, a Washington corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 31) is granted.  The Scheduling Order (Docket No. 20) is thus amended as follows. The deadline for expert disclosures is extended up to and including June 4, 2013, and the deadline for rebuttal expert disclosures is extended up to and including July 5, 2013.

Date:   April 5, 2013