IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02872-WJM-MJW

MASTERTECH SERVICES, INC., a Colorado corporation,

Plaintiff(s),

v.

NAES CORPORATION, a Washington corporation,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Amend Final Pretrial Order (Docket No. 53) is granted.  The Final Pretrial Order (Docket No. 48) is amended such that the deadline to file Rule 702 motions is now up to and including August 8, 2014, and the deadline to file motions in limine is now up to and including August 15, 2015.

Date:   June 23, 2014